Vincent Lee Walker, DCCF
Name

3601 E. 25th St., #A418

Lawrence, Kansas 66046
Address

FILED

JUL 03 2023

Clerk, U.S. District Court
By:_____ Deputy Clerk

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF KANSAS

Vincent Lee Walker , Plantiff
(Full Name)

V.

State Of Kansas , Defendant (s)
at Douglas County Judicial
Law Enforcement Center

CASE NO. 23-3157-JWL
(To be supplied by the Clerk)

CIVIL RIGHTS COMPLAINT
PURSUANT TO 42 U.S.C.
§1983

### A. JURISDICTION

1) Vincent Lee Walker , is a citizen of Kansas
   (Plaintiff)                                    (State)

   who presently resides at ⚔ The Douglas County Correctional Facility
                                        (Mailing address or place

   _____.

   of confinement.)

2) Defendant Douglas County Judicial Law Enforment Center is a citizen of
              (Name of first defendant)

   Lawrence, Kansas                              , and is employed as
   (City, State)

   Juvenile Pro-Tem                              . At the time the
   (Position and title, if any)

   claim(s) alleged in this complaint arose, was this defendant acting under the color of state

   law? Yes ☐ No ☐. If your answer is "Yes", briefly explain:

   My Identity was mistaken on my Child In Need Of Care
   paper work. I'm an Israelite. When My Children Were
   Not Returned in 2018. I filed an appeal in 2019. The
   People At The "Judah Temple Of Praise" in Topeka witnessed
   me get a Message from GOD through Pastor John Rials
   in 2016. According to the Book of ISAIAH my children have
   to be returned to me. Douglas County is full of Devils Advocates.

XE-2 8/82    CIVIL RIGHTS COMPLAINT §1983

3) Defendant _____ is a citizen of
*(Name of second defendant)*

_____, and is employed as
*(City, state)*

_____. At the time the
*(Position and title, if any)*

claim (s) alleged in this complaint arose was this defendant acting under the color of state

law?  Yes ☐  No ☐ . If your answer is "Yes", briefly explain:

_____

_____

(Use the back of this page to furnish the above information for additional defendants.)

4) Jurisdiction is invoked pursuant to 28 U.S.C. §1343(3); 42 U.S.C. §1983. (If you wish to

assert jurisdiction under different or additional statutes, you may list them below.)
18 U.S.C. Sec. 1018
18 U.S.C. Sec. 247, 18 U.S.C. 249, 18 U.S.C. Sec. 241,
18 U.S.C. 242.    Kan. Stat. 21-5407, Kan. Stat. 21-6107

B.  NATURE OF THE CASE

1) Briefly state the background of your case:

    \* Attached On Writing Paper.
Can you please list all of the Statutes
The Douglas County Judicial Law Enforcement
Center has violated. I have them listed along
with the explaination of my claim

_____

_____

2

XE-2 8/82        <span align="center">CIVIL RIGHTS COMPLAINT §1983</span>

C.  CAUSE OF ACTION

1) I allege that the following of my constitutional rights, privileges or immunities have been

violated and that the following facts form the basis for my allegations: (If necessary you

may attach up to two additional pages (8h" x 11") to explain any allegation or to list

additional supporting facts.)

A) (1) Count I: _____ U.S. Constitution Amendment X _____

K.U.

I'm the son of RETIRED — Professor William James March.

He built the house my children were kidnapped of right in front of him.

K.V.C. kidnapped two Israelite descendants children out of a family

(2) Supporting Facts: (Include all facts you consider important, including names of owned home.

persons involved, places and dates. Describe exactly how each defendant is involved.

State the facts clearly in your own words without citing legal authority or argument.):

_____ attached/enclosed on writing paper _____

_____

_____

_____

_____

B) (1) Count II: Mistaken Identity ; Identity

Fraud

Kan. Stat. 21-6107    and    18 U.S.C Sec. 1018

(2) Supporting Facts: My name is Vincent Lee Walker

and the State of Kansas at Douglas County

Judicial Law Enforcement Center had Vincent Earl Scott

aka Vincent EARL Walker on my C.I.N.C. case paperwork.

T

3

C) (1) Count III: _Destruction of Holy Matrimony_
_18 U.S.C. Sec. 24 7_

(2) Supporting Facts: _The State of Kansas at Douglas_
_County and K.V.C. Destroyed My Marriage. And_
_Family as a whole._

## D. PREVIOUS LAWSUITS AND ADMINISTRATIVE RELIEF

1) Have you begun other lawsuits in state or federal court dealing with the same facts involved in this action or otherwise relating to the conditions of your imprisonment? Yes ☐ No ☐ . If your answer if "Yes", describe each lawsuit. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline.)

    a) Parties to previous lawsuit:

        Plaintiffs: _____

        Defendants: _____

    b) Name of court and docket number _____

    c) Disposition (for example: Was the case dismissed? Was it appealed? Is it still pending?) _____

    d) Issues raised _____

XE-2 8/82          CIVIL RIGHTS COMPLAINT §1983

e) Approximate date of filing lawsuit _____

f) Approximate date of disposition _____

1) I have previously sought informal or formal relief from the appropriate administrative officials regarding the acts complained of in Part C Yes ☐ No ☐. If your answer is "Yes", briefly describe how relief was sought and the results. If you answer is "No", briefly explain why administrative relief was not sought.

_____

_____

_____

_____

## 2) REQUEST FOR RELIEF

1) I believe that I am entitled to the following relief:

I Need My Children Returned To Me At Once. I Am The 'Lion Of Judah' REVELATION 5:5

I.S.A.I.A.H. 55

I. Saw. Angels. In. American. History.

"In The Heavens I'm A Flyer, On Earth I'm A Walker"

_____    _Vincent Lee Walker_____
Signature of Attorney (if any)       Signature of Plaintiff

_____    The Vindication Sent Walker

_____    L E E

_____    Lords Everlasting Equal
(Attorney's full address and telephone number)

K.V.C. Kidnapped King Vincents Children

St. Vincent

XE-2 8/82           CIVIL RIGHTS COMPLAINT §1983